UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C K PENG,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE CO.,<br><br>    Defendants. | Case No. 17-cv-01760-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 1, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 15, 2018.

DESIGNATION OF EXPERTS: January 16, 2018; REBUTTAL: January 31, 2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 15, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by: April 27, 2018;
    Opp. Due: May 11, 2018; Reply Due: May 18, 2018;
    and set for hearing no later than June 1, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: July 3, 2018 at 3:30 PM.

JURY TRIAL DATE: July 16, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated 7/10/17

_____
SUSAN ILLSTON
United States District Judge