UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. K. PENG,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE CO.,<br><br>    Defendant. | Case No. 17-cv-01760-SI  (SI)<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

The Court has been advised that the parties to this action have agreed to a settlement. Dkt. No. 64.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, if any party hereto certifies to this Court, with proof of service of a copy thereon on opposing counsel, within thirty days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: May 23, 2018

_____
SUSAN ILLSTON
United States District Judge